AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Confluence Outdoor, LLC,<br>*Plaintiff*<br>v.<br>Artek Industries, Inc., d/b/a Cortran Group; Inc.; Ameriform Acquisition Company, LLC, d/b/a KL Industries, d/b/a KL Outdoor, LLC; Ameriform Acquisition Company Disc, Inc.; Sun Dolphin Limited Partnership,<br>*Defendant* | )<br>)<br>)  Civil Action No.   6:15-cv-02432-MGL<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is ordered that this action is dismissed for lack of subject jurisdiction.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis.

Date:   November 20, 2015                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/Ashley Buckingham
                                                                          *Signature of Clerk or Deputy Clerk*